# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES T. MOLLIE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-05-187-RAW |
| | ) |
| HASKELL HIGGINS, Warden, | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

Pursuant to the Order contemporaneously entered, the court hereby enters this Judgment pursuant to Rule 58 F.R.Cv.P. dismissing this action.

**ORDERED THIS 30th DAY OF APRIL, 2008.**

_____
Ronald A. White
United States District Judge
Eastern District of Oklahoma